■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYSHAWN SMITH, Appellant. [601 NYS2d 860] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Miller, J.), rendered May 21, 1991, convicting him of murder in the second degree and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant contends that the People failed to prove their case beyond a reasonable doubt. We disagree. Viewing the evidence in the light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict was not against the weight of the evidence *(see,* CPL 470.15 [5]). Based on the testimony of the witnesses who testified that they saw the

shooting, the jury was within its province in concluding that the defendant shot the victim four times while robbing him.

Additionally, the defendant's sentence was not excessive *(see, People v Suitte,* 90 AD2d 80). Bracken, J. P., Rosenblatt, Pizzuto and Santucci, JJ., concur.